```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 22879
   MOHAMMAD ABURISH
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX
         Debtor
   SSN XXX-XX-7631

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/29/2008 and was not confirmed.

     The case was dismissed without confirmation 09/29/2008.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
--------------------------------------------------------------------------------
WELLS FARGO FINANCIAL IL UNSECURED         1095.74        .00           .00
JEFFERSON CAPITAL SYSTEM UNSECURED          507.66        .00           .00
PRO SE DEBTOR            DEBTOR ATTY          .00                       .00
TOM VAUGHN               TRUSTEE                                        .00
DEBTOR REFUND            REFUND                                         .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                        --------------        --------------
TOTALS                       .00                     .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 12/22/08               _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```